◯AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Eastern  | **District of** |  Michigan  |

| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| STEVIE MOORE | **CASE NUMBER:** 12-cr-20733 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Stevie Moore__ substitutes
(Party (s) Name)

__Wade G. Fink__, State Bar No. __P78751__ as counsel of record in
(Name of New Attorney)

place of __Andrew Wise__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: WADE FINK LAW, P.C.
Address: 370 E. Maple Road, Third Floor, Birmingham, MI, 48009
Telephone: 248-712-1054          Facsimile
E-Mail (Optional): wade@wadefinklaw.com

I consent to the above substitution.
Date: 8/27/2020                     /s/ Stevie Moore (with consent)

I consent to being substituted.
Date: 8/27/2020                     /s/ Andrew Wise (with consent)

I consent to the above substitution.
Date: 8/27/2020                     /s/ Wade G. Fink

The substitution of attorney is hereby approved and so ORDERED.

Date: August 28, 2020               s/Matthew F. Leitman
                                    Judge