UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 12-cr-20733
                                    Hon. Matthew F. Leitman

STEVIE LEON MOORE,

    Defendant.
_____/

**<u>ORDER GRANTING DEFENDANT'S MOTION
FOR COMPASSIONATE RELEASE (ECF No. 68)</u>**

Defendant Stevie Leon Moore is a federal prisoner incarcerated at FCI Ashland in Ashland, Kentucky. On November 24, 2020, the Court held a video hearing on Moore's motion for compassionate release. (*See* Mot., ECF No. 68.) For the reasons stated on the record during the hearing, Moore's motion is **GRANTED**.

The custodial portion of Moore's sentence is reduced to time served. He shall immediately be released from custody. Upon his release, Moore shall travel directly by automobile from FCI Ashland to his home. Moore and all others with him in the automobile shall wear face masks during the drive. For the first 14 days after Moore arrives at home, he shall remain inside his house. And for the same 14-day period, he shall quarantine within the house – meaning he shall remain in a room that is separate and apart from all other residents of the house to the extent possible. And

when, during the 14-day quarantine period, it is unavoidable for Moore to be in a separate room, he shall wear a face mask. Finally, Moore shall contact his supervising probation officer within 48 hours after he first arrives at home.

Also, upon Moore's release from custody, he shall immediately begin serving the three years of supervised release that the Court imposed in Moore's Judgment. (*See* Judgment, ECF No. 25, PageID.88.) The Court adds as a condition of that supervised release that Moore shall be subject to home confinement (with electronic monitoring) at his residence for 180 days. The Court will waive the costs of that monitoring due to Moore's indigence. During that period of home confinement, Moore shall not leave his residence other than for employment or to look for employment, religious services, educational programming, medical appointments, substance abuse and/or mental health treatment programs, appointments with counsel, and/or other activities approved in advance by his supervising probation officer. (Moore may not leave his residence at all during the initial 14-day quarantine period, except in the case of a medical emergency.) In all other respects, Moore's original sentence remains unchanged.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  November 24, 2020          UNITED STATES DISTRICT JUDGE

2

3

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9761